UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VERONICA D. DUGUAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 10-159 P-S |
| | * | |
| SWIFT TRANSPORTATION CO., INC. | * | |
| and FRANK E. WILSON, | * | |
| | * | |
| Defendants, | * | |
| | * | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, through their undersigned counsel, and stipulate to the dismissal of this action pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), with prejudice and without costs to any Party.

Dated: August 3, 2011

/s/ William D. Robitzek
William D. Robitzek, Esq.
Maine Bar No. 2053
Berman & Simmons, P. A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
Attorney for Plaintiff

Dated: August 3, 2011

/s/ Wendell G. Large
Wendell G. Large, Esq.
Richardson, Whitman, Large & Badger
P.O. Box 9545
Portland, ME  04112-9545
Attorney for Defendant

715143.doc